UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MATTHEW D. WILLIAMS

       v.                         Civ. NO. 3:16 CV 517 (RNC) (DFM)

RUSHMORE LOAN MANAGEMENT SERVICES LLC et al.

<u>NOTICE OF DISMISSAL</u>

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action with prejudice and without costs or fees.

                      THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on November 9, 2018, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net